UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16CR66 RLW (JMB) |
| | ) | |
| OLEG DEYCH, | ) | |
| VOLODYMYR ZYUZ, and | ) | |
| INESSA VATMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 322). Defendant Oleg Deych filed a Motion to Dismiss Counts Six, Nine, and Eleven of the Indictment (ECF No. 292); Defendant Volodymyr Zyuz filed a Motion to Dismiss Counts Nine and Eleven of the Indictment (ECF No. 199); and Defendant Inessa Vatman filed a Motion to Dismiss Counts Four and Fourteen of the Indictment (ECF No. 277) (collectively "Defendants' Motions to Dismiss"). In response, the government filed a single Memorandum in Opposition to Defendants' Motions to Dismiss (ECF No. 319). The Defendants did not file replies to the government's memorandum, and the parties did not request oral argument or a hearing on the Motions to Dismiss.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on March 29, 2017. The Magistrate Judge recommends that Defendants' Motions to Dismiss be granted. None of the parties has filed objections or otherwise responded to the Report and Recommendation. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 322) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Counts Four, Six, Nine, Eleven, and Fourteen of the Indictment are **DISMISSED** only as to Defendants Oleg Deych, Volodymyr Zyuz, and Inessa Vatman.

Dated this 18th day of April, 2017.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**